**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7424**

BRUCE ALFONSO HATCHER,

Plaintiff - Appellant,

versus

PRINCE WILLIAM-MANASSAS DETENTION CENTER'S
MEDICAL DEPARTMENT; DOCTOR ADAMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-96-1029)

Submitted: March 27, 1997          Decided: April 3, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam.

Bruce Alfonso Hatcher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hatcher v. Prince William-Manassas Detention Ctr., No. CA-96-1029 (E.D. Va. Aug. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED